```
2
Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
Rajindar Kaur Singh
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF　　　　　　　CASE NO. 18-22662-B-13J

Singh, Rajindar
 SS#xxx-xx-0119

_____Debtor(s)_____/

**ORDER CONFIRMING PLAN**

　　The Chapter 13 plan filed on **September 20, 2018** of the above-named Debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C.§ 1325.

　　Therefore, **IT IS ORDERED** that plan is confirmed.

　　**IT IS FURTHER ORDERED** that:

　　1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtor's address;

　　2. The Debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the

RECEIVED
January 08, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006424305

employment of the Debtor; and

3. The Debtor shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount **$3,000.00** are approved, **$0.0** of which was paid prior to the filing of the petition.

The balance of **$3,000.00**, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows; *Plan payments are $1350.00 x 2, $2,650.00 x 58.*

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows; *General Unsecured creditors are to be paid no less than 100%/no less than $99,694.05.*

_____
Approved by the Chapter 13 Trustee as to form.

**Dated:** Jan 09, 2019

_____
Christopher D. Jaime, Judge
United States Bankruptcy Court